IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SANDRA COAKE and SHARON HENDRICKSON, ) ) Plaintiffs, ) ) vs. ) ) STATE FARM INSURANCE ) COMPANY and BARNEY BRYAN, ) ) Defendants. ) | CAUSE NO. 1:09-CV-353 |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Roger B. Cosbey, filed on May 28, 2010 (DE #34). More than 14 days have passed and no party has filed any objection to the Report and Recommendation. *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation). Therefore, upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation. Accordingly, the Plaintiffs' federal-law claims are **DISMISSED WITH PREJUDICE**. Additionally, the Plaintiffs' Motion for Remand is **GRANTED** (DE #19) and the remaining state-law claim is **REMANDED** to the Noble Superior Court, State of Indiana.

**DATED: June 18, 2010**               /s/RUDY LOZANO, Judge
                                        **United States District Court**